1

2

3

4

5

6

7

8                    **IN THE UNITED STATES DISTRICT COURT**

9               **FOR THE EASTERN DISTRICT OF CALIFORNIA**

10

11  DEWAYNE N. LOGAN,                              No. CIV S-04-0683-LKK-CMK

12              Petitioner,

13          vs.                                    O R D E R

14  RODERICK HICKMAN, et al.,

15              Respondents.

16  _____/

17          Plaintiff, a state prisoner proceeding pro se, brings this petition for a writ of

18  mandamus directed at state prison officials.  The matter was referred to a United States Magistrate

19  Judge pursuant to Local Rule 72-302(c)(21).

20          On September 15, 2004, the magistrate judge filed findings and recommendations

21  herein which were served on plaintiff and which contained notice to plaintiff that any objections

22  to the findings and recommendations were to be filed within 20 days.  Plaintiff has not filed

23  objections to the findings and recommendations.

24          The court has reviewed the file and finds the findings and recommendations to be

25  supported by the record and by the magistrate judge's analysis.

26  / / /

1

1          Accordingly, IT IS HEREBY ORDERED that:

2          1.      The findings and recommendations filed September 15, 2004, are adopted

3    in full;

4          2.      This action is dismissed; and

5          3.      The Clerk of the Court is directed to enter judgment and close this file.

6    DATED:  September 27, 2005.

7                                      /s/Lawrence K. Karlton
                                       LAWRENCE K. KARLTON
8                                      SENIOR JUDGE
                                       UNITED STATES DISTRICT COURT

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26